UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  M.J. Case No. 04-865-MBB |
| | ) |
| SAMY GAMAL MOHAMED and | ) |
| LORRAINE J. MOTT | ) |

GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, arrest warrants and any Orders of the Court in this matter until further Order. As grounds therefor, the government states that disclosure of the above-referenced documents could impede the government's ability to arrest one or both of the defendants.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Gregory Moffatt
Assistant U.S. Attorney
(617) 748-3370

Date: July 19, 2004

*[Handwritten annotations in margins: "July 19, 2004", "Allowed.", "Marianne B. Bowler, USMJ"]*